Form NTCTWAP

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re:<br>The Roman Catholic Archbishop of San Francisco Debtor(s)<br><br>St. Paul Fire and Marine Insurance Company Plaintiff(s)<br>vs.<br>The Roman Catholic Archbishop of San Francisco, a corporation sole Defendant(s) | Bankruptcy Case No.: 23–30564<br>Chapter: 11<br><br><br><br>Adversary No. 26–03001 |
|---|---|

## TRANSMITTAL OF DOCUMENTS: WITHDRAW OF REFERENCE

Pursuant to Bankruptcy Local Rule 5011–2(a), copies of the following documents are hereby transmitted to the District Court for the above referenced adversary proceeding:

- ☑ Motion to Withdraw the Reference
- ☐ Memorandum in Support of Motion to Withdraw the Reference
- ☐ Declaration in Support of Motion to Withdraw the Reference
- ☑ Bankruptcy Docket Sheet
- ☐ Recommendation of Bankruptcy Judge pursuant to B.L.R. 5011–2(b)
- ☑ Certification pursuant to B.L.R. 9015–2(b) – Jury trial demand
- ☑ Certification pursuant to B.L.R. 9015–2(d) – Personal injury tort/wrongful death claim
- ☑ Adversary Proceeding Complaint

☑ Other: Exhibits 1–13 to the Adversary Proceeding Complaint; Adversary Complaint Cover Sheet

*Please acknowledge receipt of this Transmittal by returning a copy to the Bankruptcy Court showing the District Court case number.*

Dated: 2/4/26

            Edward J. Emmons
            Clerk of Court
            United States Bankruptcy Court


            By: Monica Tartaglia
              Deputy Clerk

---

For District Court Use Only

DISTRICT COURT CASE NUMBER: _____

Date: _____

By: _____