**WDREF**

# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
### Adversary Proceeding #: 26-03001

*Assigned to:* Judge Dennis Montali  
*Lead BK Case:* 23-30564  
*Lead BK Title:* The Roman Catholic Archbishop of San Francisco  
*Lead BK Chapter:* 11  
*Demand:* 0  

*Nature[s] of Suit:* 91 Declaratory judgment

*Date Filed:* 01/16/26

---

*Plaintiff*
-----------------------
**St. Paul Fire and Marine Insurance Company**  
c/o Dentons US LLP  
1999 Harrison Street  
Suite 1300  
Oakland, CA 94612

represented by **Joshua K Haevernick**  
Dentons US LLP  
1999 Harrison Street  
Ste 1300  
Oakland, CA 94111  
415-882-5000  
Fax : 415-882-0300  
Email: joshua.haevernick@dentons.com

**Natalie M. Limber**  
Dentons US LLP  
601 South Figueroa St., #2500  
Los Angeles, CA 90017  
(213) 623-9300

*Plaintiff*
-----------------------
**Travelers Casualty and Surety Company**  
c/o Dentons US LLP  
1999 Harrison Street  
Suite 1300  
Oakland, CA 94612

represented by **Joshua K Haevernick**  
(See above for address)

**Natalie M. Limber**  
(See above for address)

V.

*Defendant*
-----------------------
**The Roman Catholic Archbishop of San Francisco, a corporation sole**

represented by **The Roman Catholic Archbishop of San Francisco, a corporation sole**

c/o Sheppard Mullin Richter & Hampton LL                    PRO SE
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111

| Filing Date | # | Docket Text |
|---|---|---|
| 01/16/2026 | 🌐1<br>(770 pgs; 15 docs) | Adversary case 26-03001. 91 (Declaratory judgment) Complaint by St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company against The Roman Catholic Archbishop of San Francisco, a corporation sole. Fee Amount $350. (Attachments: # 1 Exhibit 1 - Policy No.0699NA0626 # 2 Exhibit 2 - Policy No.0699NA4270 # 3 Exhibit 3 - Policy No.699NA5626 # 4 Exhibit 4 - Policy No. 699NA5737 # 5 Exhibit 5 - Policy No. 0602NA2857 # 6 Exhibit 6 - Aetna Excess Policy No. 05 XN 29 WCA # 7 Exhibit 7- Aetna Excess Policy No. 05 XN 67 WCA # 8 Declaration 8 - Aetna Excess Policy No. 05 XN 80 WCA # 9 Exhibit 9 - Aetna Excess Policy No. 05 XN 90 WCA # 10 Exhibit 10- Aetna Excess Policy No. 05 XN 97 WCA # 11 Exhibit 11- Aetna Excess Policy No. 05 XN 182 WCA # 12 Exhibit 12 - Aetna Excess Policy No. 05 XN 239 WCA # 13 Exhibit 13 - Verdict sheet # 14 AP Cover Sheet) (Haevernick, Joshua) (Entered: 01/16/2026) |
| 01/16/2026 |  | Receipt of filing fee for Complaint( 26-03001) [cmp,cmp] ( 350.00). Receipt number A34309505, amount $ 350.00 (re: Doc# 1 Complaint) (U.S. Treasury) (Entered: 01/16/2026) |
| 01/16/2026 | 🌐2<br>(4 pgs; 4 docs) | Order Regarding Initial Disclosures and Discovery Conference (myt) (Entered: 01/16/2026) |
| 01/16/2026 | 🌐3<br>(5 pgs; 2 docs) | Summons Issued on The Roman Catholic Archbishop of San Francisco, a corporation sole Answer Due 2/17/2026 (RE: related document(s)1 Complaint filed by Plaintiff St. Paul Fire and Marine Insurance Company). **Scheduling Conference scheduled for 3/26/2026 at 01:30 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** (myt) (Entered: 01/16/2026) |
| 01/20/2026 | 🌐4<br>(3 pgs) | Notice Regarding *of Interested Parties* Filed by Plaintiffs St. Paul Fire and Marine Insurance Company, Travelers Casualty and Surety Company. (Haevernick, Joshua) (Entered: 01/20/2026) |
| 01/22/2026 | 🌐5<br>(5 pgs) | Notice of Appearance and Request for Notice *and to be Included on the Limited-Service List* by Joshua K Haevernick. Filed by Plaintiffs St. Paul Fire and Marine Insurance Company, Travelers Casualty and Surety Company (Haevernick, Joshua) (Entered: 01/22/2026) |
| 01/28/2026 | 🌐6<br>(25 pgs) | Motion for Withdrawal of Reference Fee Amount $199. Filed by Plaintiffs St. Paul Fire and Marine Insurance Company, Travelers Casualty and Surety Company. (Haevernick, Joshua) (Entered: 01/28/2026) |
| 01/28/2026 |  | Receipt of filing fee for Motion for Withdrawal of Reference( 26-03001) [motion,mwdref] ( 199.00). Receipt number A34328692, |

| | | |
|---|---|---|
| | | amount $ 199.00 (re: Doc# 6 Motion for Withdrawal of Reference Fee Amount $199.) (U.S. Treasury) (Entered: 01/28/2026) |
| 02/04/2026 | 7<br>(25 pgs) | Transmittal of Documents on Withdraw of Reference (RE: related document(s)6 Motion for Withdrawal of Reference Fee Amount $199.). (myt) (Entered: 02/04/2026) |