

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street

Oakland, CA 94612

*cand.uscourts.gov*

February 12, 2026

RE: 26-cv-01138-JST   St. Paul Fire and Marine Insurance Company v. The Roman Catholic Archbishop of San Francisco

BANKRUPTCY NUMBER:  26-03001

    The Motion for Withdrawal of Reference which you recently submitted to this office has been assigned the case number listed above.

    Please notice this motion pursuant to Civil L.R. 7-2(a) and refer any questions to this office.

Sincerely,

Mark B. Busby, Clerk

by:  Sheila Rash
Case Systems Administrator

*Rev. 09-2019*