| | |
|---|---|
| Paul J. Pascuzzi, State Bar No. 148810<br>Jason E. Rios, State Bar No. 190086<br>Thomas R. Phinney, State Bar No. 159435<br>Mikayla E. Kutsuris, State Bar No. 339777<br>FELDERSTEIN FITZGERALD<br>  WILLOUGHBY PASCUZZI & RIOS LLP<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814<br>Telephone: (916) 329-7400<br>Facsimile: (916) 329-7435<br>Email: ppascuzzi@ffwplaw.com<br>        jrios@ffwplaw.com<br>        tphinney@ffwplaw.com<br>        mkutsuris@ffwplaw.com | Barron L. Weinstein, State Bar No. 67972<br>BLANK ROME LLP<br>2029 Century Park East<br>Los Angeles, CA 90067<br>Telephone: (424) 239-3400<br>Facsimile: (424) 239-3434<br>Email: barron.weinstein@blankrome.com<br><br>Jeffrey L. Schulman NY Bar No. 3903697<br>BLANK ROME LLP (Pro hac vice)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 885-5145<br>Facsimile: (212) 885-5001<br>Email: jeffrey.schulman@blankrome.com |

Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC<br>ARCHBISHOP OF SAN FRANCISCO,<br>Adversary Proceeding Litigation.<br><br>ST. PAUL FIRE AND MARINE<br>INSURANCE COMPANY AND<br>TRAVELERS CASUALTY AND SURETY<br>COMPANY,<br><br>      Appellant,<br>v.<br>THE ROMAN CATHOLIC ARCHBISHOP<br>OF SAN FRANCISCO, a corporation sole,<br><br>      Appellee. | Case No. 4:26-cv-01138-JST<br><br><br><br>Bankruptcy Adv. Pro. No. 26-03001<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO ADVERSARY COMPLAINT FOR DECLARATORY RELIEF**<br><br>Hon Judge Jon S. Tigar |

      Pursuant to District Court Local Rule 6-1, Bankruptcy Local Rules, B.L.R. 9006-1(b) and B.L.R. 1002-1, Plaintiffs St. Paul Fire and Marine Insurance Company ("St. Paul") and Travelers Casualty and Surety Company f/k/a Aetna Casualty and Surety Company ("Travelers", and

1

collectively, with St. Paul, the "Plaintiffs"), on the one hand, and Defendant The Roman Catholic Archbishop of San Francisco (the "Debtor" or "Defendant") on the other hand (the Plaintiffs and the Debtor are collectively referred to as the "Parties"), by and through the undersigned counsel, stipulate and agree, this stipulation (the "Stipulation"), as follows:

1. The Plaintiffs and the Debtor have met and conferred regarding the Plaintiffs' Complaint for Declaratory Relief in this adversary proceeding (the "Complaint");

2. The Debtor asserts objections and defenses, both procedurally and substantively, to the Complaint, which are preserved and unaffected by this Stipulation;

3. The Plaintiffs filed a Motion to Withdraw the Reference for this Adversary Proceeding on January 28, 2026. The Defendant has stated its intention to file a Motion to Stay the Adversary Proceeding.

4. The Plaintiffs have agreed that the Debtor shall have additional sixty (60) days to answer or otherwise respond to the Plaintiffs' Complaint; accordingly, the last day for the Debtor to answer or otherwise respond to the Plaintiffs' Complaint shall be April 20, 2026;

5. The Parties agree that all dates related to Federal R. Civ. P. 26 shall be extended to future dates to be agreed upon by the Parties; and

6. This extension is without prejudice to further agreed upon extensions or the Parties' ability to seek further extensions from the Court if the Parties are not able to agree on a further extension.

IT IS SO STIPULATED

(*signatures on next page*)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 13, 2026 | DENTONS US LLP |
| 3 | | |
| | | By: */s/ Andrew D. Telles Wyatt* |
| 4 | | Joshua Haevernick |
| | | joshua.haevernick@dentons.com |
| 5 | | 1999 Harrison Street, Suite 1300 |
| | | Oakland, California 94612 |
| 6 | | Tel: 415 882 5000 |
| 7 | | |
| | | Patrick C. Maxcy (pro hac vice) |
| 8 | | patrick.maxcy@dentons.com |
| | | Keith Moskowitz (pro hac vice) |
| 9 | | keith.moskowitz@dentons.com |
| | | 233 South Wacker Drive, Suite 5900 |
| 10 | | Chicago, IL 60606 |
| | | Telephone: (312) 876-8000 |
| 11 | | |
| 12 | | Andrew D. Telles Wyatt |
| | | andrew.wyatt@dentons.com |
| 13 | | 4675 MacArthur Court, Suite 1250 |
| | | Newport Beach, California 92660 |
| 14 | | Telephone: (949) 732-3700 |
| 15 | | |
| | | *Counsel for St. Paul Fire and Marine Insurance* |
| 16 | | *Company and Travelers Casualty and Surety* |
| | | *Company* |
| 17 | | |
| 18 | Dated: February 13, 2026 | FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP |
| 19 | | |
| 20 | | By:  */s/ Paul J. Pascuzzi* |
| | | Paul J. Pascuzzi |
| 21 | | Jason E. Rios |
| | | Thomas R. Phinney |
| 22 | | Mikayla E. Kutsuris |
| 23 | | |
| | Dated: February 13, 2026 | BLANK ROME, LLP |
| 24 | | |
| | | By:   */s/ Jeffrey L. Schulman* |
| 25 | | Barron L. Weinstein |
| | | Jeffrey L. Schulman (Pro hac vice) |
| 26 | | |
| 27 | | *Counsel for The Roman Catholic Archbishop of San Francisco* |
| 28 | | |