UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>  Defendant. | Case No. 26-cv-01138-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable William H. Orrick for consideration of whether the case is related to *Westport Insurance Corporation v. The Roman Catholic Archbishop of San Francisco,* 25-cv-09314-WHO.

**IT IS SO ORDERED.**

Dated:  February 20, 2026



_____
JON S. TIGAR
United States District Judge