Barron L. Weinstein, State Bar No. 67972
BLANK ROME LLP
2029 Century Park East
Los Angeles, California 90067
Telephone:    (424) 239-3400
Facsimile:    (424) 239-3434
Email:    barry.weinstein@blankrome.com

Jeffrey L. Schulman (*pro hac vice* pending)
BLANK ROME LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 885-5145
Facsimile:    (212) 885-5001
Email:    jeffrey.schulman@blankrome.com

*Attorneys for The Roman Catholic Archbishop of San Francisco*

Joshua Haevernick, State Bar No. 308380
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone:    (415) 882-5000
Facsimile:    (415) 882-0300
Email:    joshua.haevernick@dentons.com

*Attorneys for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company*

(additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ST. PAUL FIRE AND MARINE INSURANCE COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY,

        Plaintiffs,

v.

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole,

        Defendant.

Case No. 26-cv-01138-RFL

Hon. Rita F. Lin

## STIPULATION FOR ORDER PERMITTING INTERVENTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

This Stipulation for Order Permitting Intervention ("Stipulation") is entered into between Plaintiffs St. Paul Fire and Marine Insurance Company ("St. Paul") and Travelers Casualty and Surety Company f/k/a Aetna Casualty and Surety Company ("Travelers") (collectively, "Plaintiffs"); Defendant Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession ("RCASF" or the "Debtor"); and the Official Committee of Unsecured Creditors (the "Committee") (collectively, the "Parties"), with reference to the following facts:

1

1. On January 16, 2026, Plaintiffs filed a complaint in the Bankruptcy Court seeking declaratory relief relating to insurance policies issued by Plaintiffs to RCASF. Dkt. No. 1-3 (the "Complaint").[1]

2. The Complaint names RCASF as a defendant.

3. Plaintiffs also filed a Motion to Withdraw the Reference for this declaratory judgment action (the "Travelers Coverage Action") pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011, and Bankruptcy Local Rule 5011-2. Dkt. No. 1.

4. On March 5, 2026, the District Court entered an Order relating the Travelers Coverage Action to the existing Westport Coverage Action.[2] Dkt. No. 5.

5. The Committee previously intervened in the Westport Coverage Action. Westport Action, Dkt. No. 35.

6. The Committee now seeks to intervene in the Travelers Coverage Action pursuant to 11 U.S.C. § 1109 and Federal Rule of Civil Procedure 24(a)(1).

7. The Parties have met and conferred regarding the Committee's intervention request.

8. RCASF and Plaintiffs consent to the Committee's intervention in the Travelers Coverage Action, subject to the below parameters.

**WHEREFORE IT IS HEREBY STIPULATED AND AGREED THAT**

1. The Committee is authorized, pursuant to Federal Rule of Civil Procedure 24(a)(1), to intervene unconditionally in this declaratory judgment action, subject to the following limitations:

   a. The Committee shall neither file nor be required to respond to any Complaint or Counterclaims.

   b. The Committee shall neither propound nor be required to respond to discovery,[3] but shall be served with all documents filed in this coverage action and shall have

---

[1] The Debtor has stated its intention to file a motion to stay this declaratory relief action, Dkt. No. 3, ¶ 3. This Stipulation in no way limits the Debtor's rights to pursue that motion.

[2] *See Westport Insurance Corporation v. The Roman Catholic Archbishop of San Francisco, et al.*, Case No. 25-cv-09314 (WHO) (N.D. Cal.).

[3] This Stipulation in no way limits the discovery rights of any party in interest as part of Case No. 23-30564, including the rights to pursue discovery and to object to any discovery propounded.

the right to participate in all conferences and to respond to all filings, subject to any further direction the Court may hereafter provide, upon the request of any party in interest, on notice to all parties in this coverage action requesting clarification of this Stipulation.

Respectfully submitted,

**BLANK ROME LLP**

Dated: April 7, 2026    By:    ___*Barron L. Weinstein*_____
Barron L. Weinstein, State Bar No. 67972
2029 Century Park East
Los Angeles, California 90067
Telephone:    (424) 239-3400
Facsimile:    (424) 239-3434
Email:    barry.weinstein@blankrome.com

Jeffrey L. Schulman (*pro hac vice* pending)
1271 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 885-5145
Facsimile:    (212) 885-5001
Email:    jeffrey.schulman@blankrome.com

-and-

**FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP**

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Mikayla E. Kutsuris, State Bar No. 339777
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:    ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
mkutsuris@ffwplaw.com

*Attorneys for The Roman Catholic Archbishop of San Francisco*

**DENTONS US LLP**

Dated: April 7, 2026          By:    *Andrew D. Telles Wyatt*

Joshua Haevernick, State Bar No. 308380
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone:     (415) 882-5000
Facsimile:     (415) 882-0300
Email:          joshua.haevernick@dentons.com

Patrick C. Maxcy (admitted *pro hac vice*)
Keith Moskowitz (admitted pro hac vice)
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone:     (312) 876-8000
Email:          patrick.maxcy@dentons.com
                 keith.moskowitz@dentons.com

Andrew D. Telles Wyatt, State Bar No. 316740
4675 MacArthur Court, Suite 1250
Newport Beach, California 92660
Telephone:     (949) 732-3700
Email:          andrew.wyatt@dentons.com

*Attorneys for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company*

**BURNS BAIR LLP**

Dated: April 7, 2026          By:    *Jesse J. Bair*

Timothy W. Burns (*pro hac vice* forthcoming)
Jesse J. Bair (*pro hac vice* forthcoming)
Brian P. Cawley (*pro hac vice* forthcoming)
10 East Doty Street, Suite 600
Madison, Wisconsin 53703
Telephone:     (608) 286-2808
Email:          tburns@burnsbair.com
                 jbair@burnsbair.com
                 bcawley@burnsbair.com

-and-

**PACHULSKI STANG ZIEHL & JONES LLP**

James I. Stang, State Bar No. 94435
Brittany M. Michael (*pro hac vice* forthcoming)
Gail Greenwood, State Bar No. 169939)
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone:     (415) 263-7000
Email:          jstang@pszjlaw.com
                 bmichael@pszjlaw.com
                 ggreenwood@pszjlaw.com

*Attorneys for the Official Committee of Unsecured Creditors*

4

Pursuant to the Stipulation, **IT IS SO ORDERED,**

Dated:  **April 9, 2026**

**RITA F. LIN**
**UNITED STATES DISTRICT JUDGE**