UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, <br><br> Defendant. | Case No.  26-cv-01138-RFL <br><br> **ORDER GRANTING MOTION TO WITHDRAW REFERENCE** <br><br> Re: Dkt. No. 1 |

Plaintiffs' unopposed motion to withdraw the reference to the bankruptcy court in this case is **GRANTED**.  *See Westport Ins. Corp. v. Off. Comm. of Unsecured Creditors of Roman Cath. Archbishop of S.F.*, No. 25-CV-09314-WHO, 2025 WL 3545838, at *1 (N.D. Cal. Dec. 10, 2025); *In re Roman Cath. Bishop of Oakland*, No. 24-CV-00709-JSC, 2024 WL 1160907, at *1 (N.D. Cal. Mar. 18, 2024).  The motion is timely, as it was filed 12 days after filing the complaint.  (*See* Dkt. No. 1-2 at 2.)  There is also cause, as this is a non-core proceeding and there is substantial overlap with the Westport case.

Within 21 days after the entry of an order on the Westport motion to stay, Plaintiffs shall file any amended complaint.  Within 28 days after that deadline, either RCASF shall file a motion to stay or the parties shall file a stipulation and proposed order staying some or all of the claims and proposing a case schedule for any claims that will not be stayed.

**IT IS SO ORDERED.**

Dated: April 22, 2026

_____
RITA F. LIN
United States District Judge

1