Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com
               mkutsuris@ffwplaw.com

Barron L. Weinstein, State Bar No. 67972
BLANK ROME LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434
Email:  barron.weinstein@blankrome.com

Jeffrey L. Schulman NY Bar No. 3903697
BLANK ROME LLP (Pro hac vice)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5145
Facsimile: (212) 885-5001
Email: jeffrey.schulman@blankrome.com

Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and<br>        Debtor in Possession.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>        Plaintiffs,<br>v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole,<br><br>        Defendants, | Case No. 3:26-cv-01138-RFL<br><br><br>Chapter 11<br><br><br>Bankruptcy Adv. Pro. No. 30564<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO ADVERSARY COMPLAINT FOR DECLARATORY RELIEF**<br><br>Hon Judge Rita F. Lin |

Pursuant to District Court Local Rule 6-1, Bankruptcy Local Rules, B.L.R. 9006-1(b) and

B.L.R. 1002-1, Plaintiffs St. Paul Fire and Marine Insurance Company ("St. Paul") and Travelers

Casualty and Surety Company f/k/a Aetna Casualty and Surety Company ("Travelers")

(collectively, "Plaintiffs"), on the one hand, and Defendant The Roman Catholic Archbishop of San Francisco (the "Debtor" or "Defendant") on the other hand (the Plaintiffs and the Debtor are collectively referred to as the "Parties"), by and through the undersigned counsel, stipulate and agree, this stipulation (the "Stipulation"), as follows:

1. The Plaintiffs and the Debtor have met and conferred regarding the Plaintiffs' Complaint for Declaratory Relief in this adversary proceeding (the "Complaint");

2. The Debtor asserts objections and defenses, both procedurally and substantively, to the Complaint, which are preserved and unaffected by this Stipulation;

3. The Plaintiffs filed a Motion to Withdraw the Reference for this Adversary Proceeding on January 28, 2026. The Debtor has stated its intention to file a Motion to Stay the Adversary Proceeding.

4. The Parties previously stipulated to extensions of time through and including May 21, 2026 for the Debtor to answer or otherwise respond to the Plaintiffs' Complaint pursuant to the stipulation filed at ECF No. 3 and ECF No. 27.

5. On April 21, 2026, this Court held a hearing on the Debtor's *Motion to Stay Adversary Proceeding* filed in the related adversary proceeding case, *Westport Ins. Corp. v. Roman Cath. Archbishop of S.F.,* Case No. 25-CV-09314-RFL (the "Stay Motion").

6. The reference for this Adversary Proceeding was withdrawn by the District Court by the Order entered April 22, 2026 [ECF No. 33] (the "Withdrawal of Reference Order"). The Withdrawal of Reference Order states that within 21 days after the Court enters an order on the Stay Motion in the related Westport adversary proceeding, Plaintiffs shall file any amended complaint. The Withdrawal of Reference Order further states that within 28 days after that deadline, the Debtor shall file a motion to stay or the parties shall file a stipulation and proposed order staying some or all of the claims and proposing a case schedule for any claims that will not be stayed.

7. In accordance with the Withdrawal of Reference Order, and for avoidance of doubt, Plaintiffs and Debtor have agreed that the Debtor shall have additional time to answer or otherwise respond to the Plaintiffs' Complaint; accordingly, the last day for the Debtor to answer

or otherwise respond to the Plaintiffs' Complaint shall be 28 days after the Plaintiff's deadline to file an amended complaint per the Withdrawal of Reference Order;

8. The Parties agree that all dates related to Federal R. Civ. P. 26 shall be extended to future dates to be agreed upon by the Parties; and

9. This extension is without prejudice to further agreed upon extensions or the Parties' ability to seek further extensions from the Court if the Parties are not able to agree on a further extension.

IT IS SO STIPULATED

Dated: May 18, 2026

DENTONS US LLP

By: _/s/ Andrew D. Telles Wyatt_
 Andrew D. Telles Wyatt
 andrew.wyatt@dentons.com
 4675 MacArthur Court, Suite 1250
 Newport Beach, California 92660
 Telephone: (949) 732-3700

 Patrick C. Maxcy (pro hac vice)
 patrick.maxcy@dentons.com
 Keith Moskowitz (pro hac vice)
 keith.moskowitz@dentons.com
 233 South Wacker Drive, Suite 5900
 Chicago, IL 60606
 Telephone: (312) 876-8000

 *Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company*

Dated: May 18, 2026

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP


By: _/s/ Paul J. Pascuzzi_
 Paul J. Pascuzzi
 Jason E. Rios
 Thomas R. Phinney
 Mikayla E. Kutsuris

Dated: May 18, 2026

BLANK ROME, LLP

By:    */s/ Jeffrey L. Schulman*
      Barron L. Weinstein
      Jeffrey L. Schulman (Pro hac vice)

*Counsel for The Roman Catholic Archbishop of San Francisco*