Paul J. Pascuzzi, SBN 148810
Jason E. Rios, SBN 190086
Thomas R. Phinney, SBN 159435
Mikayla E. Kutsuris, SBN 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email: ppascuzzi@ffwplaw.com
          jrios@ffwplaw.com
          tphinney@ffwplaw.com
          mkutsuris@ffwplaw.com

Barron L. Weinstein, SBN 67972
BLANK ROME LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone:     (424) 239-3400
Facsimile:      (424) 239-3434
Email:   barron.weinstein@blankrome.com

Jeffrey L. Schulman NY Bar No. 3903697
(*Pro Hac Vice*)
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:     (212) 885-5145
Facsimile:      (212) 885-5001
Email:   jeffrey.schulman@blankrome.com

Attorneys for The Roman Catholic
Archbishop of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　　　Debtor and<br>　　　　　Debtor in Possession. | Case No. 3:26-cv-01138-RFL<br><br>Chapter 11<br><br>Bankruptcy Adv. Pro. No. 30564 |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>　　　　　Plaintiffs,<br>v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole,<br><br>　　　　　Defendants, | **CERTIFICATE OF SERVICE REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO ADVERSARY COMPLAINT FOR DECLARATORY RELIEF**<br><br>Hon Judge Rita F. Lin |

///

I, Allison S. Kieser, declare:

I am a citizen of the United States, employed in the City and County of Sacramento, California.  My business address is 500 Capitol Mall, Ste. 2250, Sacramento, California 95814.  I am over the age of 18 years and not a party to the within action.

On May 18, 2026, I served true copies of the following document(s) described as:

1. **STIPULATION TO EXTEND TIME TO RESPOND TO ADVERSARY COMPLAINT FOR DECLARATORY RELIEF**

on the interested parties in this action as follows:

 X    **BY CM/ECF NOTICE OF ELECTRONIC FILING**:  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

**SEE ATTACHED COURT'S ECF LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 18, 2026, at Sacramento, California.


/s/ Allison S. Kieser
Allison S. Kieser

# Mailing Information for a Case 3:26-cv-01138-RFL St. Paul Fire and Marine Insurance Company et al v. The Roman Catholic Archbishop of San Francisco

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jesse Bair**
  jbair@burnsbair.com,kdempski@burnsbair.com

- **Timothy Wilson Burns**
  tburns@burnsbair.com,4756200420@filings.docketbird.com,kdempski@burnsbair.com,jbair@burnsbair.com

- **Joshua Kendall Haevernick**
  joshua.haevernick@dentons.com,deanna.arthur@dentons.com,docket.general.lit.sf@dentons.com,diane.donner@dentons.com

- **Natalie Limber**
  natalie.limber@dentons.com

- **Patrick Maxcy**
  patrick.maxcy@dentons.com

- **M. Keith Moskowitz**
  keith.moskowitz@dentons.com

- **Paul Joseph Pascuzzi**
  ppascuzzi@ffwplaw.com,docket@ffwplaw.com

- **Jeffrey Louis Schulman**
  jeffrey.schulman@blankrome.com

- **Andrew Telles Wyatt**
  andrew.wyatt@dentons.com,lucy.valdez@dentons.com,docket.general.lit.sd@dentons.com

- **Barron Lewis Weinstein**
  barron.weinstein@blankrome.com,courtmail@blankrome.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)