Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com
              mkutsuris@ffwplaw.com

Attorneys for The Roman Catholic Archbishop
of San Francisco

Barron L. Weinstein, State Bar No. 67972
BLANK ROME LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434
Email:  barron.weinstein@blankrome.com

Jeffrey L. Schulman NY Bar No. 3903697
BLANK ROME LLP (*Pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5145
Facsimile: (212) 885-5001
Email: jeffrey.schulman@blankrome.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>          Debtor and<br>          Debtor in Possession.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>          Plaintiffs,<br>v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole,<br><br>          Defendants, | Case No. 3:26-cv-01138-RFL<br><br>Chapter 11<br><br>Bankruptcy Adv. Pro. No. 30564<br><br>**STIPULATION REGARDING AMENDED COMPLAINT AND CASE SCHEDULE**<br><br>Hon. Judge Rita F. Lin |

This Stipulation Regarding Amended Complaint and Case Schedule ("Stipulation") is entered into between Plaintiffs St. Paul Fire and Marine Insurance Company ("St. Paul") and Travelers Casualty and Surety Company f/k/a Aetna Casualty and Surety Company ("Travelers") (collectively,

"Plaintiffs") and Chapter 11 bankruptcy Debtor, Defendant, The Roman Catholic Archbishop of San Francisco ("RCASF") with reference to the following facts:

1.      On March 5, 2026, this Court entered and order determining that this case is related to another District Court case removed from the United States Bankruptcy Court and pending before this Court, entitled *Westport Insurance Corporation v. The Roman Catholic Archbishop of San Francisco*, Case No. 25-cv-09314 (the "Westport Adversary Proceeding").

2.      On May 19, 2026, this Court entered an order granting in part and denying in part RCASF's motion to stay the complaint in the Westport Adversary Proceeding (the "Westport Stay Order").  *See* Dkt. No. 66.

3.      Previously, on April 22, 2026, this Court issued an Order Granting Motion to Withdraw Reference (Dkt. No. 33), which provides that Plaintiffs in this Adversary Proceeding shall file any amended complaint within 21 days after entry of the Westport Stay Order.

4.      RCASF has stated an intention to file a motion to stay or dismiss in the complaint in this Adversary Proceeding on the same grounds as set forth in the stay motion that was ruled upon by the Westport Stay Order and Plaintiffs seek to file an amended complaint.

5.      The parties to the Westport Adversary Proceeding and this Adversary Proceeding recently met and conferred to establish and coordinate a schedule for both to proceed on the same timeline.  Thereafter, on June 2, 2026, the parties to the Westport Adversary Proceeding filed a stipulation in that case setting forth a schedule for the Westport to seek leave to amend its complaint.

6.      Having met and conferred, Plaintiffs and RCASF stipulate and agree to the following schedule, which aligns with the stipulated schedule filed in the Westport Adversary Proceeding.

**WHEREFORE IT IS HEREBY STIPULATED AND AGREED THAT**

1.      Plaintiffs will provide a proposed amended complaint to RCASF case by June 9, 2026.

2.      RCASF will advise Plaintiffs by June 23, 2026 whether it will stipulate to the proposed amended complaint.  If so stipulated, Plaintiffs shall file the amended complaint by June 24, 2026. Within 28 days after that deadline, either RCASF shall file a motion to stay or the parties shall file a stipulation and proposed order staying some or all of the claims and proposing a case schedule for any claims that will not be stayed.

CASE NO. 3:26-CV-001138-RFL
STIPULATION RE AMENDED COMPLAINT

3. If RCASF does not stipulate to the amended complaint, Plaintiffs will file a motion for leave to amend by July 7, 2026.

4. All litigation, including but not limited to any response to the pending complaint, all discovery, Rule 26 disclosures, and other proceedings shall be held in abeyance pending the determination on whether Plaintiffs' complaint shall be amended.

Respectfully submitted,

**FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP**

Dated: June 2, 2026     By:   */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Jason E. Rios
Mikayla E. Kutsuris

-and-

**BLANK ROME LLP**

Dated: June 2, 2026     By:   */s/ Jeffrey L. Schulman*
Barron L. Weinstein, State Bar No. 67972
Jeffrey L. Schulman (*pro hac vice*)

*Attorneys for The Roman Catholic Archbishop of San Francisco*

**DENTONS US LLP**

Dated: June 2, 2026

By:   */s/ Andrew D. Telles Wyatt*
Andrew D. Telles Wyatt
andrew.wyatt@dentons.com
4675 MacArthur Court, Suite 1250
Newport Beach, California 92660
Telephone: (949) 732-3700

Patrick C. Maxcy (pro hac vice)
patrick.maxcy@dentons.com
Keith Moskowitz (pro hac vice)
keith.moskowitz@dentons.com
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000

*Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED,**

Dated: _____      _____

RITA F. LIN
**UNITED STATES DISTRICT JUDGE**